| Continental Homes of Texas, L.P. | § | From the 37th District Court |
| Appellant | | Of Bexar County |
| v. No. 07-07-00283-CV | § | September 25, 2007 |
| Theresa Morin; Mark Morin and Trisha Robles; Del's Nursery & Landscape, Ltd. f/k/a Del's Nursery and Landscaping, Inc. d/b/a Del's Landscaping Materials | § | Opinion by Chief Justice Quinn |
| Appellees | | |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 25, 2007, it is ordered, adjudged and decreed that this appeal is dismissed.

All costs incurred in this Court having been paid, no order pertaining to costs is made herein.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o